**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000343
23-APR-2014
08:51 AM**

NO. CAAP-14-0000343

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BONNIE J. GADDO, Claimant-Appellant, v.
STATE OF HAWAI'I, DEPARTMENT OF EDUCATION, Employer-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2003-481(M))

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on January 13, 2014, a notice of appeal of
Claimant-Appellant Bonnie J. Gaddo (Appellant) was filed;

(2) on March 17, 2014, the appellate clerk informed
Appellant that:

(a) filing and docketing fees had not been paid,
and that the record cannot be prepared without payment of the
fees or an order allowing Appellant to proceed in forma pauperis;
and

(b) pursuant to Rule 11(c)(2) of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on March 27, 2014 for such action as the court deems proper, including dismissal of the appeal; and

(4) thereafter, Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, April 23, 2014.

Chief Judge

Associate Judge

Associate Judge

-2-